FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 08, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRIS GRAYBILL and NASH FAHMY,<br><br>Plaintiffs,<br><br>v.<br><br>WALGREEN CO.,<br><br>Defendant. | No. 2:23-CV-00330-ACE<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE<br><br>**ECF No. 22** |

**BEFORE THE COURT** is the parties' May 8, 2024, Stipulated Motion to Dismiss. ECF No. 22. Plaintiffs are represented by Matthew Z. Crotty and Kacy O. Tellessen; Defendant is represented by Sherry L. Talton. The parties stipulate and agree to the dismissal of Plaintiff's claims with prejudice and without an award of fees or costs. ECF No. 22. The stipulation is signed by counsel for both parties. Good cause appearing therefor, **IT IS HEREBY ORDERED:**

1. The parties' stipulated motion to dismiss this case with prejudice and without fees and costs to any party, **ECF No. 22**, is **GRANTED**.

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, Plaintiff's complaint and any and all counterclaims and/or cross-claims are **DISMISSED WITH PREJUDICE**.

3. All pending deadlines and hearings are **STRICKEN**.

4. Each party shall bear their own attorneys' fees and costs.

ORDER - 1

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

DATED May 8, 2024.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2